

**SHM** NATIONWIDE DEFAULT SOLUTIONS | **STANDARD HOLDINGS MANAGEMENT, LLC**

530 Main Street, Suite 202 - Fort Lee, NJ 07024
Tel: 1-800-640-9529 - Fax: 1-888-415-1814

Monday, March 05, 2018

Via Telefax to No. (973) 776-7861

The Honorable Michael A. Hammer
United States District Court Magistrate Judge
District Court of New Jersey

      Re:    Echegoyen v. U.S. Standard Holdings Trust LLC, et al.
               Civil Action No. 15-6382

Dear Judge Hammer:

In reference to your February 7, 2018, I am sorry to report that the defendants have not yet been able to locate and retain replacement counsel. I am aware of the consequences of this failing but it has not been for lack of trying. A number of attorneys consulted are either plaintiff-side only or were conflicted for one reason or another.

I am respectfully prevailing upon the Court to grant us two more weeks to retain counsel. Our situation is dire and I am pleading with the Court to grant us this one last opportunity. If we are not able to obtain new counsel in this time, I will agree to proceed pro se and the Court will have the opportunity to default entity defendant.

The Court is thanked for your understanding and attention to this urgent request.

Very truly yours,

Anders Garcia

Cc: Fisher Taubenfeld, LLP via fax: (212) 505-2001

# URGENT FAX MESSAGE!

| To: | 9737767861@rcfax.com | From: | SHM LLC |
|---|---|---|---|
| | | | SHM, LLC |
| | | | 530 Main Street, Suite 202 |
| | | | Fort Lee |
| | | | NJ          07024 |
| **Phone:** | | **Phone:** | (855) 428-5748 * 5 |
| **Fax** | (973) 776-7861 | **Fax Phone:** | (888) 415-1435 |
| **Date:** | 03/05/2018 | | |
| **Pages:** | 3 | | |

**Note:**

# URGENT FAX MESSAGE!