UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GLADYS ECHEGOYEN,** | : |
| **Plaintiff,** | : Civil Action No. 15-6382 (KM) (MAH) |
| v. | : ORDER |
| **U.S. STANDARD HOLDINGS TRUST LLC, d/b/a STANDARD HOLDINGS MANAGEMENT, LLC, et al.,** | : |
| **Defendants.** | : |

This matter having come before the Court on a telephone status conference on October 24, 2018;

and for good cause shown;

**IT IS** on this 24th day of October 2018,

**ORDERED** as follows:

1. Any motion by Defendants to vacate default shall be filed by November 21, 2018. Any opposition shall be filed by December 3, 2018. Any reply shall be filed by December 10, 2018.

2. The parties shall meet and confer on the discovery deficiencies in Defendants' production.

3. There will be a telephone conference in this matter on January 8, 2019, at 11:00 a.m. Plaintiff's counsel will kindly initiate the conference.

4. Defense counsel will promptly update his address and contact information on the ECF system, in order to ensure timely receipt of all Court filings.

*s/ Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**