UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
**GLADYS ECHEGOYEN,**               :          Civil Action No. 15-6382 (KM) (MAH)
                                    :
    **Plaintiff,**             :
                                    :
  v.                              :          **AMENDED SCHEDULING ORDER**
                                    :
**U.S. STANDARD HOLDINGS TRUST**    :
**LLC, et al.,**                    :
                                    :
    **Defendants.**           :
_____:

    **THIS MATTER** having come before the Court for a telephone status conference on October 28, 2019; and for good cause shown:

    **IT IS on this 28th day of October 2019,**

    **ORDERED THAT:**

1. By **November 4, 2019**, Mr. Singh and Mr. Munier shall file a letter to the Court indicating who is representing Defendants.

2. The parties shall forthwith meet and confer regarding the issue as to Defendants' financial records/tax returns. If the parties are unable to reach agreement on this issue, they shall file a joint letter with the Court by **November 18, 2019**, setting forth each side's respective position on the issue, limited to five double-spaced pages per side.

3. There shall be a telephone status conference before the Undersigned on **February 3, 2020 at 2:30 p.m.**

4. Fact Discovery is to remain open through **January 24, 2020**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

5. All affirmative expert reports shall be delivered by **February 28, 2020**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

6. All responding expert reports shall be delivered by **April 1, 2020**. Any such report shall be in the form and content as described above.

7. All expert discovery, including the completion of depositions, shall be completed by **May 4, 2020**.

*s/ Michael A. Hammer*_____
**Hon. Michael A. Hammer**
**United States Magistrate Judge**