

**SINGH LAW FIRM, P.A.**
155 East 44th Street
6th Floor
New York, NY 10017

Jaitegh Singh (FL, NJ, NY, & CO)
Direct Phone: (212) 687-2578
jt@jtsinghlaw.com

August 19, 2020

Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court
For the District of New Jersey
50 Walnut St #4015
Newark, NJ 07102

*Sent Via ECF*

    *RE:* **Echegoyen v. U.S. Standard Holdings Trust, LLC et. al.**
         **Case No.: 2:15-cv-6382(KM)(MAH)**

Dear Judge Hammer:

    Our firm acts as counsel for Defendants in the above-captioned matter. As such, this letter shall serve as our formal response to Plaintiff's letter dated August 3, 2020. While we acknowledge Plaintiff's concern regarding the upcoming discovery deadline on August 31, 2020, we have yet to receive an update from the Defendants regarding this case. Our firm has repeatedly requested updates from the Defendants; however, to date, we have not received any documents. As such, we, as counsel, are unable to provide any additional information in regard to this matter including the status of Defendants and the requested records and documents.

    Should we receive an update or response from Defendants, we will promptly notify Plaintiff as well as this Court. Thank you.

Sincerely,

Jaitegh Singh, Esq.
Partner at Singh Law Firm, P.A.
Licensed in (NY, NJ, FL & CO)